IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL WICKLUND,

        Plaintiff,                        No. 2: 10-cv-2161 KJN P

     vs.

QUEEN OF THE VALLEY

MEDICAL CENTER, et al.,

        Defendants.                <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983. On August 18, 2010, plaintiff consented to the jurisdiction of the undersigned.

        Pursuant to this court's screening of plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A(a), the court found that the complaint may state potentially cognizable claims against defendants Queen of the Valley Medical Center and North Bay Health Care, but did not state a claim against defendants Traquina, Dassah and Hsieh. (Dkt. No. 11.) The court gave plaintiff the option of proceeding on his amended complaint or filing a second amended complaint that added cognizable claims against defendants Traquina, Dassah and Hsieh. Plaintiff chose to proceed on his amended complaint against defendants Queen of the Valley

1

Medical Center and North Bay Health Care, effectively choosing to terminate this action against defendants Traquina, Dassah and Hsieh.

Accordingly, IT IS HEREBY ORDERED that defendants Traquina, Dassah and Hsieh are dismissed from this action.

DATED: January 4, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wick2161.fr