IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL ROBERT WICKLUND,

    Plaintiff,                    No. 2: 10-cv-2161 KJN P

    vs.

QUEEN OF THE VALLEY
MEDICAL CENTER, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. For the following reasons, the discovery and dispositive motion deadlines are continued.

        On December 9, 2010, the undersigned found that plaintiff's complaint stated a colorable claim for relief against defendants North Bay Health Care and Queen of the Valley Medical Center. On April 14, 2011, defendant Northbay Health Care filed an answer indicating representation by attorney Robert F. Tyler. On April 25, 2011, defendant Queen of the Valley Medical Center filed an answer indicating representation by Lauren E. Tate.

        On July 8, 2011, defendant Queen of the Valley Medical Center filed a notice of association of counsel stating that it associated attorney Susan E. Coleman for all matters. On

1

July 21, 2011, defendant Northbay Healthcare also filed a notice of association stating it associated attorney Susan E. Coleman for all matters.

On August 4, 2011, the parties filed a stipulation to continue discovery and dispositive motion deadlines. Pursuant to the April 27, 2011 scheduling order, the discovery deadline was August 5, 2011, and the dispositive motion deadline is October 28, 2011. The grounds of this request are that on July 5, 2011, plaintiff filed a motion for an extension of time to conduct discovery. The grounds of this request were that plaintiff had been unable to obtain assistance from another inmate in preparing these requests. The court has not yet ruled on this request. The grounds of defendants' request to continue the discovery and dispositive motion deadlines are that defendants will not sign requests for substitution of counsel until they have received the terms of the legal defense and indemnity to be provided by the California Department of Corrections and Rehabilitation in response to their tender letters.

Good cause appearing, the discovery and dispositive motion deadlines are extended.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time (Dkt. No. 21) is denied as unnecessary;

2. The discovery deadline is continued from August 5, 2011, to November 4, 2011; all discovery requests shall be served no later than sixty days prior to that date;

3. The dispositive motion deadline is continued from October 28, 2011, to December 28, 2011.

DATED: August 11, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wick2161.cla